UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT FORBIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. C13-2169-BJR<br><br>**ORDER FOR REMAND** |

The Court, after careful consideration of the plaintiff's complaint, the parties' stipulated motion to remand, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this __4th__ day of __August__, 2014.

　　　　　　　　　　　　　　　　　　　_/s/ Barbara J. Rothstein_
　　　　　　　　　　　　　　　　　　　BARBARA J. ROTHSTEIN
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR REMAND - 1